UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**GERARD MCGEE**                                                               **CIVIL ACTION**

**VERSUS**                                                                          **NO. 12-1951**

**JAMES M. LEBLANC, SECRETARY DEPT. OF**                   **SECTION "J"(5)**
**PUBLIC SAFETY AND CORRECTIONS**

<u>O R D E R</u>

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 29), and Petitioner's objections to the Magistrate Judge's Report and Recommendation (Rec. Doc. 30), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that the petition of Gerard McGee for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 7th day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE